E. S. Ellsworth, Appellant, vs. Esther S. Haile, by her next friend, Evans Haile, and Thomas E. Haile, her husband, Appellees.

Appeal from Circuit Court, Alachua county; Jesse J. Finley, Judge.

Arthur F. Odlin and W. W. Hampton, for Appellant.

Evans Haile, for Appellees.

The bill in this cause was filed by the appelles against the appellant. There was decree for the com-

plainants, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.

(Judge MALONE, of the Second Judicial Circuit, sat in place of Mr. Chief-Justice TAYLOR, who was disqualified.)